# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER

By operation of its express terms, the stay entered June 10, 2020 has expired.

August 5, 2020

SO ORDERED.
August 6, 2020

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

**By ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Rosa v. United States*, No. 19 Civ. 2473 (S.D.N.Y.)

Dear Judge Castel:

We write on behalf of Plaintiffs. On June 10, 2020, the Court entered an Order staying this matter for thirty days, in response to a consent letter request from Defendant the United States of America, which sought a stay to permit the Individual Defendant Deputy United States Marshals ("Individual Defendants") sufficient time to secure separate counsel. On July 10, 2020, thirty days had elapsed since the Court's Order entering the stay, and new counsel has appeared on behalf of all Individual Defendants. *See* Dkts. 91-94, 96.

Accordingly, we respectfully request that the Court inform the Clerk of the Court that that the stay has been lifted.

Respectfully submitted,

/s

Ilann M. Maazel
Andrew K. Jondahl

c. All counsel of record (*by ECF*)