UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Elvayaris Rosa, et al.,

               Plaintiff(s),                              ORDER

        -against-

                                                        19 Civ. 2473 (PKC)

United States of America, et al.,

               Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Telephonic conference is scheduled for September 15, 2020 at 12:00 p.m.

The call-in information for this teleconference is:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated:  New York, New York
           September 2, 2020