

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVAYARIS ROSA, et al.,

        Plaintiffs,

-against-

UNITED STATES OF AMERICA, et al.,

        Defendants.

19-CV-2473 (PKC) (BCM)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

      By letter dated October 2, 2020, the government requested, among other things, that the Court "excuse the individual defendants from attendance at the [October 13, 2020] settlement conference." (Dkt. No. 124 at 1.) On October 5, 2020, the Court granted that request to the extent that "the individual defendants need not attend the October 13, 2020 settlement conference." (Dkt. No. 125 at 2.) The Court did not excuse the individual defendants from complying with the pre-settlement conference requirements in ¶¶ 2-4 of the Court's September 29, 2020 Order Scheduling Settlement Conference (Dkt. No. 123), including the submission of confidential settlement letters. Nor did the Court excuse counsel for the individual defendants from attending the October 13, 2020 settlement conference (or today's counsel-only preliminary teleconference). However, the individual defendants failed to submit timely settlement letters and their counsel failed to attend this morning's teleconference.

      It is hereby ORDERED that no later than **October 9, 2020 at 5:00 p.m.**, the individual defendants shall submit their confidential settlement letters and acknowledgement forms to chambers at Moses_NYSDChambers@nysd.uscourts.gov in compliance with the Court's September 29 Order, and serve the acknowledgement forms on counsel for all parties. In addition to the information described in ¶ 3(a)-(d) of the September 29 Order, the settlement letters must also disclose the existence and terms of any insurance policies that may provide coverage for defense costs or indemnity in this action.

Dated: New York, New York
       October 8, 2020

                              **SO ORDERED.**

                              **BARBARA MOSES**
                              **United States Magistrate Judge**