UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVAYARIS ROSA, individually and on behalf of her daughter L.T.; GREGORIO SANTOS,<br><br>              Plaintiffs,<br><br>  -against-<br><br>THE UNITED STATES OF AMERICA; NICHOLAS RICIGLIANO; LOUIS ZEPPETELLI; JAMAL BROWN; ESTIVENSON PAYANO; LUIS DUCLERC; KEVIN KAMROWSKI; STEPHEN KAROLY; ERIC KUSHI; FREDERICK PORCARO; PAUL ZAMMIT, JR.; and JOHN DOE DEPUTY U.S. MARSHALS #1-5,<br><br>              Defendants. | No. 19 Civ. 02473<br><br>[PROPOSED] ORDER |

WHEREAS, plaintiffs commenced the above-captioned action (the "Action");

WHEREAS, plaintiffs and the United States of America have reached an amicable settlement of the claims in the Action, and plaintiffs are dismissing all claims against the remaining defendants;

WHEREAS, the parties submitted to the Court for approval the Stipulation and Order of Settlement, attached as Exhibit A to the Declaration of Ilann M. Maazel; and

WHEREAS, the Honorable P. Kevin Castel determined that the best interests of the infant plaintiff L.T. will be served by the proposed Settlement;

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

1.    The Stipulation and Order of Settlement, attached as Exhibit A to the Declaration of Ilann M. Maazel, is approved.

2.    The proposed trust for the infant plaintiff L.T. is approved.

3. The settlement of the claims of L.T. for the sum of $115,000 is approved and $82,625.70 of said sum shall be disbursed to the foregoing trust with L.T. as beneficiary and $32,374.30 of said sum shall be disbursed to the law firm of Emery Celli Brinckerhoff Abady & Maazel LLP as attorneys' fees and costs in representing L.T.

Dated: November 17, 2020
New York, New York

_____
P. Kevin Castel
United States District Judge